UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAYLOR CARLISLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-838** |
| **NEWELL NORMAND, ET AL.** | **SECTION "E"(2)** |

### O R D E R

The Court has considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the Plaintiff's objections to the Magistrate Judge's Report and Recommendation.[2]

The Report and Recommendations with respect to the recommendation to dismiss the petition as moot is adopted. Accordingly, the Petitioner's motion for evidentiary hearing[3] is denied.

**IT IS ORDERED** that the petition of Taylor Carlisle for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as moot.

**New Orleans, Louisiana, this 21st day of February, 2017.**

_____
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 30.
[2] R. Doc. 31.
[3] R. Doc. 9.